IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            Case No. 00-C-0309-S

JOHN P. MURPHY,

    Defendant.

---

**ORDER APPROVING RENEWAL OF THE UNITED STATES' JUDGMENT LIEN**

---

Based on the United States' Motion and good cause appearing,

THE COURT HEREBY APPROVES the renewal of the United States of America's judgment lien against John P. Murphy in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3201.

Dated this 6TH day of APRIL, 2020.

_____
United States District Judge